AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:20MJ102 | Date and time warrant executed:<br>07/22/2020 6:45 pm | Copy of warrant and inventory left with:<br>Kitchen Table |
| Inventory made in the presence of :<br>TFO A. Simpson, SA B. Snedeker, Det. A. Hankins, SA Peter Gonsalves | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>See attached Evidence Log dated 07-22-2020 re: 1010 Newton St., Apt. 503, Bristol, VA<br><br>***Re: Certification below: Original Warrant at VAWD Clerk's Office in Abingdon, VA*** | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned ~~along with the original warrant~~ to the designated judge.

Date:     08/27/2020

/s/Brian Snedeker
*Executing officer's signature*

Brian Snedeker, Special Agent
*Printed name and title*

Returned to me this 27th day of August, 2020. Pamela Meade Sargent USMJ

# EVIDENCE LOG

Date: 07/22/2020        Case #:   2020-014901                                    Page 1 of 3

Location: 1010 Newton St., Apt. 503, Bristol, VA

Time Search Began: 6:45 p.m.        Time Search Ended: 9:05 p.m.        Log prepared by: Angela Simpson

(Snedeker edit)

| Item# | Description | Where/Who Found | Evidence/Sample | Seized by | Photo |
|---|---|---|---|---|---|
| 1 | Freedom Ordnance Model FX9 9mm pistol/carbine -Serial # 025651 | Under couch living room/ Brian Snedeker | Evidence | Angela Simpson | Y |
| 2 | 9 mm magazine (loaded) | Recliner living room / Angela Simpson | Evidence | Angela Simpson | Y |
| 3 | Drum magazine (loaded) | Closet downstairs / Aaron Hankins | Evidence | Angela Simpson | Y |
| 4 | 1 9mm round | Baby seat beside front door/ Angela Simpson | Evidence | Angela Simpson | Y |
| 5 | Miscellaneous ammunition | Blue Food City Bag kitchen / Pete Gonzalves | Evidence | Angela Simpson | Y |
| 6 | Digital Scale with residue | Kitchen table/ Brian Snedeker | Evidence | Angela Simpson | Y |
| 7 | Ledger | Blue Food City Bag kitchen / Pete Gonzalves | Evidence | Angela Simpson | Y |

# EVIDENCE LOG

Date: 07/22/2020  Case #:  2020-014901  Page 2 of 3

Location: 1010 Newton St., Apt. 503, Bristol, VA

Time Search Began: 6:45 p.m.  Time Search Ended: 9:05 p.m.  Log prepared by: Angela Simpson
(Snedeker edit)

| Item# | Description | Where/Who Found | Evidence/Sample | Seized by | Photo |
|---|---|---|---|---|---|
| 8 | Plastic container with crystal residue | Kitchen cabinet bottom shelf / Aaron Hankins | Evidence | Angela Simpson | Y |
| 9 | Digital Scale and weight | Kitchen cabinet bottom shelf / Aaron Hankins | Not Seized | | Y |
| 10 | Outer bag of small Apple brand baggies | Kitchen cabinet middle shelf / Aaron Hankins | Not Seized | | Y |
| 11 | Miscellaneous ammunition | Kitchen cabinet middle shelf / Aaron Hankins | Evidence | Angela Simpson | Y |
| 12 | Small baggie of blue powder substance | Middle drawer to left of kitchen sink / Brian Snedeker | Evidence | Angela Simpson | Y |
| 13 | Digital Scale with residue | Kitchen drawer right of sink / Brian Snedeker | Not Seized | | Y |
| 14 | Miscellaneous rounds of ammunition | Shoe box beside of stairs / Angela Simpson | Seized | Angela Simpson | Y |

## EVIDENCE LOG

Date: 07/22/2020        Case #:   2020-014901                                           Page 3 of 3

Location: 1010 Newton St., Apt. 503, Bristol, VA

Time Search Began:  6:45 p.m.         Time Search Ended: 9:05 p.m.        Log prepared by: Angela Simpson
                                                                                            (Snedeker edit)

| Item# | Description | Where/Who Found | Evidence/Sample | Seized by | Photo |
|---|---|---|---|---|---|
| 15 | Residue off white substance | Bedroom to left at top of stairs / Angela Simpson | Evidence | Angela Simpson | Y |
| 16 | Gun box for Black Diamondback pistol | Bedroom to right at top of stairs (master) / Pete Gonzalves | Not Seized | | Y |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |